USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/5/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X    Case No.: 24-cv-05569-

JULIO TORRES,

                              Plaintiff,

        -against-                                                **Notice of Motion**

TRIPLE A SUPPLIES, INC.

                              Defendant.

------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE,** that upon this motion dated April 7, 2025, the Declaration of

Melissa Vo, and supporting exhibits, Plaintiff respectfully moves the Court pursuant to Federal

Rules of Civil Procedure 55(b) and Local Civil Rule 55.2(b) to enter default judgment in favor of

Plaintiff and against Defendant TRIPLE A SUPPLIES, INC. on the grounds that said Defendant

failed to answer or otherwise defend against the complaint; to set a date for an inquest so that

Plaintiff may prove damages; and for such further relief as this Court may deem just and proper.

Dated: New York, New York
        April 7, 2025

                                        **PHILLIPS & ASSOCIATES,**
                                        **ATTORNEYS AT LAW, PLLC**

                                        ___/s/___Melissa Vo_____
                                        Melissa Vo, Esquire
                                        *Attorneys for Plaintiff*
                                        45 Broadway, 28th Floor
                                        New York, New York 10006
                                        (212) 248-7431
                                        mvo@tpglaws.com

**Plaintiff's motion is denied without prejudice. Counsel is directed to follow the Court's Individual Rules of Practice in Civil Cases, Attachment A (p. 10) and ECF SDNY Rules 16.1 and 16.3 by filing a Proposed Order to Show Cause for Default Judgment without emergency relief. All supporting documents shall be filed individually. The Clerk of Court is kindly directed to terminate the motion at ECF No. 16.**

**Dated: December 5, 2025**
**White Plains, New York**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED